UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGETIC LATH & PLASTER, INC., a California Corporation; ENERGETIC PAINTING AND DRYWALL, INC., a California Corporation; ROBERT CIMINI, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS | No. 2:15-cv-00861-KJM-EFB<br><br>ORDER |

On January 25, 2016, the court vacated the pretrial scheduling conference previously set for February 18, 2016, and reset it for May 12, 2016, in light of the then-pending motions to dismiss and for summary judgment. ECF No. 68. Having now resolved those motions, the court ADVANCES the status conference to **Thursday, March 31, 2016 at 2:30 p.m.** for reasons explained below.

/////

1

1           Federal Rule of Civil Procedure 16 provides the court can "order the attorneys . . .
2   to appear for one or more pretrial conferences" for case management, efficiency, and facilitation
3   of settlement. Fed.R.Civ.P. 16(a); *see also* E.D. Cal. L.R. 240(a). In this instance the court finds
4   a status conference in the near future will further effective case management and promote
5   efficiency prior to the filing of any further motions by the parties.

6           Among other reasons for advancing scheduling, the court notes that the meet-and-
7   confer efforts and reporting on those efforts required by the court's standing order, ECF No. 3-1,
8   do not appear to have been satisfied prior to the filing of motions in this case to date. *See, e.g.,*
9   ECF No. 57-1 at 2 (mere representation that meet-and-confer occurred, without meaningful
10  detail). The court also requires counsel to "resolve minor procedural or other non-substantive
11  matters" in the course of meeting and conferring. *Id.* The parties appear not to have worked
12  together to satisfy this requirement either. *See, e.g.,* ECF Nos. 55, 62, 71, 78, 97.

13          Accordingly, IT IS HEREBY ORDERED the pretrial scheduling conference is
14  ADVANCED to **Thursday, March 31, 2016** and parties are ORDERED to file a joint status
15  report as required by this court, following meaningful meet and confer as also required, by the
16  close of business on **Monday, March 28, 2016**.

17          IT IS SO ORDERED.
18   DATED: March 3, 2016.

                                            _____
                                            UNITED STATES DISTRICT JUDGE