| | |
|---|---|
| 1 | ANDREW D. HEROLD, ESQ., SBN 178640 |
| | JOSHUA A. ZLOTLOW, ESQ., SBN 211399 |
| 2 | HEROLD & SAGER |
| | 550 Second Street, Suite 200 |
| 3 | Encinitas, CA  92024 |
| | Telephone:  (760) 487-1047 |
| 4 | Facsimile:  (760) 487-1067 |
| 5 | aherold@heroldsagerlaw.com |
| | jzlotlow@heroldsagerlaw.com |
| 6 | |
| 7 | Attorneys for LEXINGTON INSURANCE COMPANY and |
| | AIG CLAIMS, INC. f/k/a CHARTIS CLAIMS, INC. |
| 8 | |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | LEXINGTON INSURANCE COMPANY, a Delaware Corporation, | CASE NO.:     2:15-CV-00861-KJM-EFB |
| 12 | | |
| 13 | Plaintiff, | **STIPULATION TO DIMISS AIG CLAIMS, INC.** |
| 14 | vs. | |
| 15 | ENERGETIC LATH & PLASTER, INC., a California Corporation; ENERGETIC PAINTING AND DRYWALL, INC.,  a California Corporation; ROBERT CIMINI, an individual; GAIL CIMINI, an individual; and DOES 1 through 20, inclusive, | **Date Action Filed:       April 21, 2015** |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | ROBERT CIMINI, an individual; GAIL CIMINI, an individual, individually and as judicial assignees of ENERGETIC LATH & PLASTER, INC., a California Corporation; ENERGETIC PAINTING AND DRYWALL, INC., a California Corporation, | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Counter and Third Party Plaintiffs | |
| 24 | vs. | |
| 25 | LEXINGTON INSURANCE COMPANY, a Delaware Corporation, AIG CLAIMS, Inc. f/k/a Chartis Claims, Inc., a Delaware Corporation, DOES I through XXX, ABC CORPORATIONS A-Z | |
| 26 | | |
| 27 | | |
| 28 | Counter and Third Party Defendants. | |

Third-Party Plaintiffs ROBERT CIMINI and GAIL CIMINI, individually and as judicial assignees of ENERGETIC LATH & PLASTER, INC., a California Corporation and ENERGETIC PAINTING AND DRYWALL, INC., a California Corporation ("THE CIMINIS") and Third-Party Defendant AIG CLAIMS, INC. f/k/a CHARTIS CLAIMS, INC., ("AIG CLAIMS") hereby submit the following Stipulation to Dismiss AIG CLAIMS in the above-captioned action.

1. At all times relevant to this action, AIG CLAIMS was acting as the duly authorized claim handling agent of Lexington Insurance Company ("LEXINGTON").

2. At all times relevant to this action, AIG CLAIMS was acting within the scope of its authority as claim handling agent of LEXINGTON.

3. LEXINGTON adopts and ratifies as its own, where applicable, all actions taken by AIG CLAIMS in the investigation and handling of the underlying claims against Energetic Lath & Plaster, Inc. and Energetic Painting and Drywall, Inc. (collectively, "ENERGETIC").

4. All actions by AIG CLAIMS relative to the investigation and handling of the underlying claims against ENERGETIC are deemed to be the actions of LEXINGTON, where applicable.

5. Subject to and without waiving any other objections, LEXINGTON agrees to produce the appropriate percipient witnesses from AIG CLAIMS without the need to subpoena those witnesses if they are still employees of AIG CLAIMS, and if they are not, LEXINGTON agrees to produce their last known addresses.

6. Subject to and without waiving any objections, LEXINGTON agrees to produce a FRCP 30(b)(6) witness for AIG CLAIMS without the need to subpoena AIG CLAIMS.

7. Subject to and without waiving any other objections, LEXINGTON agrees that to the extent that any documents are requested from LEXINGTON pursuant to FRCP 34 that are documents that would be subject to any document production request directed to AIG CLAIMS, LEXINGTON agrees to produce such documents.

///

8. It is also stipulated that LEXINGTON does not waive any defenses to any of the claims currently asserted against it or AIG CLAIMS or any claims that may be alleged in the future, including but not limited to allegations of its liability for the alleged acts and omissions of counsel assigned to represent ENERGETIC or that said counsel was acting in any capacity other than as counsel for ENERGETIC. It is agreed that this stipulation does not constitute a waiver of any such claims by THE CIMINIS.

9. In light of the foregoing, AIG CLAIMS should be dismissed from this case with prejudice and without costs to either party.

DATED: March 23, 2016                         HEROLD & SAGER

                                              By: */s/ Joshua A. Zlotlow*
                                              ANDREW D. HEROLD, ESQ.
                                              aherold@heroldsagerlaw.com
                                              JOSHUA A. ZLOTLOW, ESQ.
                                              jzlotlow@heroldsagerlaw.com
                                              Attorneys for LEXINGTON INSURANCE
                                              COMPANY and AIG CLAIMS, INC. f/k/a
                                              CHARTIS CLAIMS, INC.

DATED: March 23, 2016                         LEVERTY & ASSOCIATES LAW, CHTD.

                                              By: */s/ William R. Ginn*
                                              VERNON E. LEVERTY, ESQ.
                                              Gene@Levertylaw.com
                                              PATRICK R. LEVERTY, ESQ.
                                              Pat@Levertylaw.com
                                              WILLIAM R. GINN, ESQ.
                                              Bill@Levertylaw.com
                                              Attorneys for ROBERT AND GAIL CIMINI

**IT IS SO ORDERED.**

DATED: March 29, 2016

                                              _____
                                              UNITED STATES DISTRICT JUDGE